UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  **CV 21-7840 MWF (MRWx)**                                              Date:  January 28, 2022

Title     **Trustees of the Operating Engineers Pension Trust, et al. v. Jonathan Martinez Construction Inc., et al.**

Present: The Honorable:     **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on October 1, 2021.  (Docket No. 1).  On December 6, 2021, Plaintiffs filed two Proofs of Service.  (Docket Nos. 10 and 11).

The Court **ORDERS** Plaintiffs to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **FEBRUARY 11, 2022**.

- BY DEFENDANTS:  RESPONSES TO THE COMPLAINT or an appropriate stipulation to extend the time within which Defendants must respond to the Complaint.

    OR

- BY PLAINTIFFS:  APPLICATIONS FOR CLERK TO ENTER DEFAULT.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **February 11, 2022** will result in the dismissal of this action.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-7840 MWF (MRWx)**                                Date:  January 28, 2022

Title      **Trustees of the Operating Engineers Pension Trust, et al. v. Jonathan Martinez Construction Inc., et al.**

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm