1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17
18

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JONATHAN MARTINEZ CONSTRUCTION INC., et al., <br><br> Defendants. | Case No.:  2:21-cv-07840-MEMF(MRWx) <br><br> **JUDGMENT [ECF NO. 22]** |

19
20
21
22
23
24
25
26
27
28

This action having been commenced on October 1, 2021, and the Court having approved the stipulation for entry of judgment in favor of Plaintiffs and against Defendants (ECF No. 22), and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Plaintiffs, Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, Trustees of the Operating Engineers Training Trust, and Trustees of the Operating Engineers Local 12 Defined Contribution Trust, Engineers Contract Compliance Committee Fund, and Southern California Partnership for Jobs Fund (collectively, the "Trustees"), shall recover from

Defendants, Jonathan Martinez Construction, Inc., a California corporation, and Jonathan Martinez, an individual, jointly and severally, the principal amount of $25,245.23, plus prejudgment and post-judgment interest thereon at the rate of 8% per annum from March 15, 2022.

IT IS SO ORDERED.

Dated: May 16, 2022

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge